No. 16, Misc. WAGONER *v.* BETO, CORRECTIONS DIRECTOR. Ct. Crim. App. Tex. Petitioner *pro se. Waggoner Carr*, Attorney General of Texas, *Hawthorne Phillips*, First Assistant Attorney General, *T. B. Wright*, Executive Assistant Attorney General, and *J. Milton Richard-*

*son* and *Howard M. Fender,* Assistant Attorneys General, for respondent.

